UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAY SAMELSON, | : | |
| | : | Civil Action No. 11-853 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHARLES WARREN, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **15th** day of **March 2012**,

**ORDERED** that the Petition is DENIED; and it is further

**ORDERED** that a certificate of appealability is DENIED, <u>see</u> 28 U.S.C. § 2253(c)(2); and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
